People v Petion (2023 NY Slip Op 05408)

People v Petion

2023 NY Slip Op 05408

Decided on October 25, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 25, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
COLLEEN D. DUFFY
CHERYL E. CHAMBERS
LOURDES M. VENTURA, JJ.

2016-03888
 (Ind. No. 1722/13)

[*1]The People of the State of New York, respondent,
v
Rubens Petion, appellant.

Rubens Petion, Coxsackie, NY, appellant pro se. 
Anne T. Donnelly, District Attorney, Mineola, NY (Jason R. Richards and David L. Glovin of counsel), for respondent.
Beverly Van Ness, New York, NY, former appellate counsel.

DECISION & ORDER
Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated September 16, 2020 (People v Petion, 186 AD3d 1410), affirming a judgment of the Supreme Court, Nassau County, rendered April 11, 2016.
ORDERED that the application is denied.
The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745; People v Stultz, 2 NY3d 277).
DILLON, J.P., DUFFY, CHAMBERS and VENTURA, JJ., concur.
ENTER:
Darrell M. Joseph
Acting Clerk of the Court